# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

RYAN PATRICK NICHOLL,

        Plaintiff,

vs.

BOARD OF REGENTS OF THE
UNIVERSITY SYSTEM OF GEORGIA,

        Defendant.

CIVIL ACTION FILE

NO. 1:16-cv-1350-AT

## J U D G M E N T

This action having come before the Court, Honorable Amy Totenberg, United States District Judge, for consideration of Defendant's Motion to Dismiss the Amended Complaint, and the Court having granted said motion, it is

**Ordered and Adjudged** that the Plaintiff take nothing and that the Defendant recover its costs of action. Plaintiff's claims in this Court as barred by the Eleventh Amendment are dismissed. Plaintiff's claims based on state law are **dismissed without prejudice**. This action is **dismissed**.

Dated at Atlanta, Georgia, this 30th day of November, 2016.

                      JAMES N. HATTEN
                      CLERK OF COURT

                      By: _s/ Denza F. Bankhead_
                            Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  November 30, 2016
James N. Hatten
Clerk of Court

By: _s/ Denza F. Bankhead_
      Deputy Clerk