# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 12, 2017

Ryan Patrick Nicholl
950 HUDSON RD SE APT 202
MARIETTA, GA 30060

Appeal Number: 16-17739-GG
Case Style: Ryan Nicholl v. Board of Regents of the Univer
District Court Docket No: 1:16-cv-01350-AT

You are receiving this notice because you have not completed the below required filing pursuant to 11th Cir. Rule 26.1-1:

Certificate of Interested Persons and Corporate Disclosure Statement (CIP) pursuant to 11th Cir. R. 26.1-1(a)

Pursuant to 11th Cir. R. 26.1-5(c), failure to comply with these Rules may result in dismissal of the appeal under 11th Cir. R. 42-1(b), return of documents without action, or other sanctions on the party.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

Enclosure(s)

CIP Deficiency Letter