IN THE UNITED STATES COURT OF APPEALS

FOR THE 11TH CIRCUIT

No. 0:16-prici-17739

16-17739

D.C. Docket No. 1:16-cv-01350-AT

RYAN PATRICK NICHOLL,

                              Plaintiff - Appellant,

versus

BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA,

                              Defendant - Appellee,

Appeal from the United States District Court
for the Northern District Of Georgia

Appellant's Certificate of Interested Persons

                              RYAN PATRICK NICHOLL
                              950 HUDSON RD SE APT 202
                              MARIETTA GA 30060
                              Telephone: (678)-358-7765
                                      Plaintiff - Appellant, Pro Se

1

Comes now, Appellant Ryan Nicholl represented *pro se*, to declare pursuant to 11th Circuit Rule 26.1-1 that the following list:

- Board of Regents of the University System of Georgia

- Kennesaw State University

- Nicholl, Ryan

comprises a complete list of all legal persons, legal entities, corporations, political subdivisions, agencies, etc. of whom a financial interest is known by Appellant. Furthermore, Appellant certifies that while the list is the complete list of entities etc. known by Appellant to have a financial interest in this above styled action, the Appellant lacks the knowledge to determine if additional entities etc. may have an interest in this litigation because no discovery was conducted in the District Court with regard to the above styled action.

                        Respectfully submitted,

                        *[signature]*     2017-1-8

                        *Signature*     *Date*

RYAN PATRICK NICHOLL
950 HUDSON RD SE APT 202
MARIETTA GA 30060
Telephone: (678)-358-7765

                                      Plaintiff - Appellant, Pro Se

IN THE UNITED STATES COURT OF APPEALS

FOR THE 11TH CIRCUIT

No. 0:16-prici-17739

D.C. Docket No. 1:16-cv-01350-AT

RYAN PATRICK NICHOLL,

                Plaintiff - Appellant,

versus

BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA,

                Defendant - Appellee,

Appeal from the United States District Court
for the Northern District Of Georgia

Certificate of Service

 Upon filing this document I certify that I have served the Board of Regents of the University System of Georgia with "Appellant's Certificate of Interested Persons" and this "Certification of Service" by mailing copies of all aforementioned documents with the United States Postal Service to Defendant's registered counsel, addressed as:

  Brooke E. Heinz
  40 Capitol Square
  S.W. Atlanta, Georgia 30334-1300

3

with proper postage attached; and that such service was completed on the date of signature.

        Respectfully submitted,

*Ryan P. Nicholl*       2017-1-8
*Signature*                       *Date*

RYAN PATRICK NICHOLL
950 HUDSON RD SE APT 202
MARIETTA GA 30060
Telephone: (678)-358-7765

                Plaintiff - Appellant, Pro Se