IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO.    16-17739

Ryan Nicholl,

                                            Appellant,

    v.

Board of Regents of the
University System of Georgia,

                                            Appellee.

**On Appeal From the United States District Court
For the Northern District of Georgia, Atlanta Division**

1:16-CV-1350-AMT

**APPELLEE'S CERTIFICATE OF INTERESTED PERSONS**

                            Respectfully submitted,

                            CHRISTOPHER M. CARR     112505
                            Attorney General

                            W. WRIGHT BANKS, JR.     036156
                            Deputy Attorney General

                            JULIE ADAMS JACOBS       003595
                            Senior Assistant Attorney General

                            BROOKE E. HEINZ           927752
                            Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

Brooke E. Heinz, Asst Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
E-mail:  bheinz@law.ga.gov
Phone:(404) 651-9457
Fax  : (404) 657-3239

## CERTIFICATE OF INTERESTED PERSONS AND
## CORPORATE DISCLOSURE STATEMENT

The undersigned attorneys for Appellee, Board of Regents of the University System of Georgia, hereby certify, pursuant to 11 Cir. R. 26.1-1, the following have an interest in the outcome of this case:

1. W. Wright Banks, Jr., Deputy Attorney General, Attorney for Appellee;

2. Board of Regents of the University System of Georgia, Appellee;

3. Christopher M. Carr, Attorney General, Attorney for Appellee;

4. Brooke E. Heinz, Asst. Attorney General, Attorney for Appellee;

5. Julie Adams Jacobs, Senior Assistant Attorney General, Attorney for Appellee;

6. Kennesaw State University; University System of Georgia Institution;

7. Ryan Nicholl, Appellant;

8. The Honorable Amy Totenberg, District Court Judge;

No publically traded company or corporation has an interest in the outcome of this appeal.

Respectfully submitted this **24th** day of January, 2017.

        CHRISTOPHER M. CARR   112505
        Attorney General

        W. WRIGHT BANKS, JR.   036156
        Deputy Attorney General

        JULIE ADAMS JACOBS   003595
        Senior Assistant Attorney General

        BROOKE E. HEINZ   927752
        Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

Brooke E. Heinz
Assistant Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
E-mail: bheinz@law.ga.gov
(404) 651-9457
Fax : (404) 657-3239

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this date served the within and foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORTATE DISCLOSURE STATEMENT** prior to filing same, by depositing a copy thereof, postage prepaid, in the United States Mail, properly addressed upon:

Ryan Nicholl
950 Hudson RD Se Apt 202
Marietta, GA 30060

This 24th day of January, 2017.

Brooke E. Heinz           927752
Assistant Attorney General