## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 06, 2017

Brooke Erin Heinz
Attorney General's Office
40 CAPITOL SQ SW
ATLANTA, GA 30334

Appeal Number: 16-17739-GG
Case Style: Ryan Nicholl v. Board of Regents of the Univer
District Court Docket No: 1:16-cv-01350-AT

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

Appellant/petitioner's pro se brief has been received. Appellee's brief is due to be filed 30 days from the date recited in the certificate of service of appellant's brief. See FRAP 31(a). The appellee's appendix is due no later than 7 days after filing of appellee's brief.

If you have not entered your appearance in this appeal, please note that the clerk may not process your filings. See 11th Cir. R. 46-6. Appearance of Counsel Forms are available on the court's Web site.

Attorneys must file briefs electronically using the ECF system. Use of ECF does not modify the requirements of the circuit rules that counsel must also provide seven (7) paper copies of a brief to the court, nor does it modify the requirements of the circuit rules for the filing of appendices in a particular case.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Gordon Fields
Phone #: (404) 335-6226