# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith  
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 07, 2017

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 16-17739-GG  
Case Style: Ryan Nicholl v. Board of Regents of the Univer  
District Court Docket No: 1:16-cv-01350-AT

The enclosed order has been entered on petition(s) for rehearing.

See Rule 41, Federal Rules of Appellate Procedure, and Eleventh Circuit Rule 41-1 for information regarding issuance and stay of mandate.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Joe Caruso, GG/lt  
Phone #: (404) 335-6177

REHG-1 Ltr Order Petition Rehearing